

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00475-CV

| | | |
|---|---|---|
| TeleResource Corporation | § | From the 158th District Court |
| | § | of Denton County (2009-20368-158) |
| v. | | |
| | § | March 13, 2014 |
| Accor North America, Inc. | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the final judgment to delete the portion awarding Accor North America, Inc. $190,000 in attorneys' fees for preparation and representation in the trial court; $25,000 in attorneys' fees for an unsuccessful appeal by appellant TeleResource Corporation in the court of appeals; and $5,000 in attorneys' fees for an unsuccessful appeal by appellant TeleResource Corporation to the supreme court. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that all costs of this appeal are taxed against the parties incurring same, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier_____
    Justice Bill Meier